# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW WILHELM, an Ohio citizen, individually and as a representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:24-cv-00506 ) ) Honorable Brigid Meehan Brennan |
| ZENLEADS, INC. d/b/a Apollo.io, a Delaware corporation, | ) ) Class Action ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND OTHER RELIEF

Plaintiff, Matthew Wilhelm ("Wilhelm" or "Plaintiff"), individually and on behalf of a class of similarly-situated persons, pursuant to Federal Rule of Civil Procedure 23, respectfully requests that the Court preliminarily approve his and Defendant Zenleads, Inc.'s ("Zenleads" or "Defendant") proposed class action settlement; preliminarily certify the settlement class; appoint the proposed class representative, class counsel, and class administrator; approve of the proposed notice; and adopt the proposed schedule leading up to the fairness hearing.

Plaintiff submits the accompanying memorandum in support of his motion.

                        Respectfully submitted,

                        MATTHEW WILHELM, individually and as the representative of a class of similarly-situated persons

                        /s/ Brian J. Wanca
                        Brian J. Wanca

> Brian J. Wanca
> Ryan M. Kelly
> ANDERSON + WANCA
> 3701 Algonquin Road, Suite 500
> Rolling Meadows, IL  60008
> Tele: 847-368-1500 / Fax: 847-368-1501
> bwanca@andersonwanca.com
> rkelly@andersonwanca.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and a copy will be served upon Defendant(s) along with the Summons and Complaint.

> /s/ Brian J. Wanca