# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MATTHEW WILHELM, an Ohio citizen, individually and as a representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.:  1:24-cv-00506 |
| v. | ) ) | Honorable Brigid Meehan Brennan |
| ZENLEADS, INC. d/b/a Apollo.io, a Delaware corporation, | ) ) | Class Action |
| Defendant. | ) ) | |

### DECLARATION OF BRIAN J. WANCA

I, Brian J. Wanca, pursuant to 28 U.S.C. § 1746, state as follows:

1.      I am the owner and senior attorney at Anderson + Wanca, counsel for Plaintiff Matthew Wilhelm and am admitted in this action. I have personal knowledge of the following and could competently testify thereto if called upon to do so.

2.      I have been admitted to the bar of Indiana since 1979 and the bar of Illinois since 1980.  I am also admitted to practice in United States District Courts for the Northern, Central and Southern Districts of Illinois, Northern and Southern Districts of Indiana, Eastern and Western Districts of Michigan, Eastern and Western Districts of Wisconsin, Northern District of Ohio, and Eastern District of Missouri.

3.      I have reviewed the professional time and expenses incurred by my firm in this action.  Below is a summary of attorney time invested in all the Ohio cases leading up to this settlement.

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| Brian Wanca | 390.1 | $700 | $273,070 |
| Wallace Solberg | 29.5 | $600 | $ 17,700 |

1

| Patrick Solberg | 186.5 | $600 | $111,900 |
|---|---|---|---|
| Glenn Hara | 1.0 | $600 | 600 |
| **Total** | 607.1 | | **$403,270** |

4.       I have attached as Exhibit 1, Anderson + Wanca's detailed expenses expended in this action.

5.       Anderson + Wanca has $35,070.15 in expenses in this matter, which include filing fees, service fees, mediation expenses, and expert witness/consulting fees paid up front to a third-party consultant that analyzed Defendant's website and researched where the class profiles came from and engaged in online marketing to find and vet class representatives on two separate occasions for the Ohio Class.

6.       My firm took on a substantial risk in taking on this case because of the unsettled law relating to the statute of limitations, whether there is Article III standing to bring a case without any actual damages incurred by the class and without the class even knowing their personal information was shared, whether a class is ascertainable based upon Defendant's records of whose profiles were seen by each person who purchased a subscription after a trial period, whether a court would reduce a damage award under due process principles as being excessive, and whether the Ohio legislature would amend ORPS before a final judgment in this case.  In a typical client contingency fee negotiation, my firm requests a 35-40% contingency fee if this were an individual case with enough money at stake to warrant our consideration.

7.       Our 35% fee request of $351,671.25 is substantially less than the amount of attorneys' fees using the lodestar calculation.  As summarized in the above chart, my firm has invested 607.1 hours at an average hourly rate of $664.26, resulting in a $403,270.00 fee amount.

8.       In addition, this case was defended by experienced defense counsel who at his prior firm had prosecuted the *Butler v. Whitepages* case which resulted in a class settlement, which we have cited in our preliminary approval brief.  He knows the "ins and outs" of right of publicity litigation as very few class action lawyers do.  The defense firm he is now part of is a

boutique firm specializing in technology cases.  See defense firm profile at ZwillGen.com.

9.      Plaintiff's role in this litigation was crucial. Based on the agreed upon language for the Settlement Class, Plaintiff's participation was necessary to continue with the Settlement. Though no award of any sort was promised to Plaintiff when approached to represent the putative Ohio Class, he nevertheless sacrificed his time to prosecute this case on behalf of the thousands of individuals who are members of the Class.

10.     Plaintiff participated in the initial investigation of his claims, provided my firm with information to aid in preparing pleadings filed on behalf of the Class during the Settlement proceedings.  In addition, Plaintiff regularly consulted with my firm, stayed abreast of the Settlement and approved the Settlement that led to this resolution.

11.     Because the substantial benefits the Settlement Class members stand to receive in the Settlement would not exist without Plaintiff's contributions and efforts, I believe the incentive award of $7,500.00 is more than reasonable.  This award amounts to less than $.79 cents from each of the 9,563 Ohio Settlement Class members.  Plaintiff stepped up when no one else in Ohio did after a week long social media campaign on both Facebook and Instagram seeking an Ohio class representative.  In addition, Plaintiff's name is listed on at least six (6) websites that identify this case. With the internet, these links remain active well beyond this settlement.

12.     The roster of my firm's class action settlements is attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of August, 2024            /s/ *Brian J. Wanca*

# EXHIBIT 1

2:44 PM

08/15/24

Accrual Basis

**BRIAN J. WANCA, J.D., PC**
**Find Report**
**All Transactions**

| Type | Date | Num | Name | Memo | Account | Amount |
|------|------|-----|------|------|---------|--------|
| Check | 12/10/2023 | 18991 | Bellanca v. Zenleads/Apollo | Darrow | Consulting fee | 0.00 |
| Check | 06/20/2023 | 17334 | Bellanca v. Zenleads/Apollo | OH USDC | Filing Fees | 402.00 |
| Check | 06/15/2023 | 17331 | Bellanca v. Zenleads/Apollo | Legal Ease | Service fee | 133.15 |
| Check | 03/28/2023 | 18493 | Bellanca v. Zenleads/Apollo | ███ | Consulting fee | 15,000.00 |
| **Total** | | | | | | **15,535.15** |

2:56 PM

08/15/24

Accrual Basis

**BRIAN J. WANCA, J.D., PC**
**Find Report**
**All Transactions**

| Type | Date | Num | Name | Memo | Account | Amount |
|------|------|-----|------|------|---------|--------|
| Check | 04/20/2024 | 18968 | Wilhelm v. Zenleads | OH ND | Filing Fees | 405.00 |
| Check | 07/17/2023 | 17383 | Wilhelm v. Zenleads | JAMS | Mediator | 4,130.00 |
| Check | 05/22/2023 | 19227 | Wilhelm v. Zenleads | ███ | Consulting fee | 15,000.00 |
| **Total** | | | | | | **19,535.00** |

**EXHIBIT 2**

# ANDERSON + WANCA
## ATTORNEYS AT LAW

---

## FIRM PROFILE

Founded in 1998, Anderson + Wanca is a boutique class-action law firm practicing all aspects of complex business and class action litigation in state and federal courts across the country. Anderson + Wanca has been appointed class counsel in over 190 cases, securing as many class certifications for its clients. Because of the evolving nature of class-action law, Anderson + Wanca has developed a dedicated appellate team, an electronic discovery team, and proprietary software to handle over 100 million pieces of data at once, and it has its own in-house notice capabilities. Anderson + Wanca is also one of the few firms with real class-action trial experience. The ability and knowledge to try a class action case gives Anderson + Wanca added skills at the mediation and settlement phase. Our attorneys have decades of class-action experience in all ranges of case sizes and complexities.

## ATTORNEY PROFILES

### Brian J. Wanca
#### Owner

For over 25 years, Mr. Wanca focused his practice on commercial litigation involving breach of contract, shareholder derivative actions, consumer fraud, employment disputes, among other matters. In 1998, Mr. Wanca established his own firm, Anderson + Wanca, which has since become one of the premier litigation firms in the Chicago area, focusing primarily on consumer class-action cases. He was selected as a SuperLawyer in 2014.

Mr. Wanca attended Rutgers College, Brunswick, New Jersey, where he received a Bachelor of Arts with High Distinction. He graduated in 1976, *magna cum laude*. He received his J.D. from Indiana University School of Law, Indianapolis, Indiana, graduating in 1979, *cum laude*. After law school, he clerked for two years with the Honorable S. Hugh Dillon, U.S. District Court, Southern District of Indiana.

### Admissions

Illinois, 1980
U.S. District Court – Northern District of Indiana, 1979
U.S. District Court – Northern District of Illinois, 1981
U.S. District Court – Central District of Illinois, 2009
U.S. District Court – Southern District of Illinois, 2010

U.S. District Court – Eastern District of Michigan, 2010
U.S. District Court – Western District of Michigan, 2010
U.S. District Court – Western District of Wisconsin, 2010
U.S. District Court – Eastern District of Wisconsin, 2011
U.S. District Court – Northern District of Ohio, 2012
U.S. District Court – Southern District of Indiana, 2014
U.S. District Court – Eastern District of Missouri, 2015

## Memberships

Chicago Bar Association
Lake County Bar Association
Illinois Bar Association
American Bar Association

## *Wallace Solberg*
### *Attorney*

Mr. Solberg has substantial experience in business and commercial litigation as well as government relations. His extensive experience includes a wide variety of civil litigation matters such as consumer class litigation, civil rights class litigation, contract actions, business torts, consumer fraud, trade secret actions, declaratory judgment actions, employment litigation, employment discrimination, general commercial litigation, and injunctive relief, including enforcement of covenants not to compete, multi-state regulatory actions, defamation actions, real estate litigation including zoning actions, and appellate representation.

Mr. Solberg received his J.D. from the Chicago-Kent College of Law in 1986. Before law school, he attended the University of Illinois, Urbana-Champaign, where he received a Bachelor of Arts degree in History.

## Admissions

Illinois, 1986
U.S. District Court – Northern District of Illinois, 1988
U.S. District Court – Central District of Illinois, 1990
U.S. District Court – Western District of Michigan, 2014
U.S. District Court – Eastern District of Michigan, 2014
U.S. District Court – Northern District of Ohio, 2014

U.S. Court of Appeals – 4th Circuit, 2022
U.S. Court of Appeals – 7th Circuit, 1988
U.S. Court of Appeals – 6th Circuit, 2015
U.S. Court of Appeals – 11th Circuit, 2023

2

## Glenn L. Hara
### *Attorney*

Mr. Hara focuses on class-action litigation and appeals. He joined Anderson + Wanca in 2013, bringing more than 10 years of experience with a wide range of class actions, including ERISA, securities fraud, and constitutional class actions, including *Sogg v. Zurz*, 905 N.E.2d 187 (Ohio 2009) (argued) (holding State of Ohio unconstitutionally failed to pay interest to unclaimed-property claimants). At Anderson + Wanca, Mr. Hara has successfully argued several TCPA cases in federal courts of appeals, including *Carlton & Harris Chiropractic, Inc. v. PDR Network, LLC*, 80 F.4th 466 (4th Cir. 2023); *Physicians Healthsource, Inc. v. A-S Medication Sols., LLC*, 950 F.3d 959 (7th Cir. 2020);*True Health Chiropractic, Inc. v. McKesson Corp.*, 896 F.3d 923 (9th Cir. 2018); *Radha Geismann, M.D., P.C. v. ZocDoc, Inc.*, 909 F.3d 534 (2d Cir. 2018); *Physicians Healthsource, Inc. v. Boehringer Ingelheim Pharm., Inc.*, 847 F.3d 92 (2d Cir. 2017); and *Sandusky Wellness Ctr., LLC v. Medtox Sci., Inc.*, 821 F.3d 992 (8th Cir. 2016). Mr. Hara argued before the United States Supreme Court in *PDR Network, LLC v. Carlton & Harris Chiropractic, Inc.*, No. 17-1705.

Mr. Hara is past Chair of the Chicago Bar Association Class Litigation Committee. He earned his undergraduate degree from DePaul University in 1997 and graduated, *cum laude*, from Loyola University Chicago School of Law in 2003, where he was student articles editor of the Loyola Consumer Law Review.

## Admissions

Illinois, 2003
U.S. District Court – Northern District of Illinois, 2003
U.S. District Court – Southern District of Illinois, 2005
U.S. District Court – Eastern District of Wisconsin, 2006
U.S. District Court – Southern District of Indiana, 2011
U.S. District Court – Western District of Michigan, 2014
U.S. District Court – Eastern District of Michigan, 2014
U.S. District Court – Northern District of Ohio, 2014
U.S. Court of Appeals – 1st Circuit, 2013
U.S. Court of Appeals – 2nd Circuit, 2014
U.S. Court of Appeals – 3rd Circuit, 2018
U.S. Court of Appeals – 4th Circuit, 2016
U.S. Court of Appeals – 6th Circuit, 2015
U.S. Court of Appeals – 7th Circuit, 2010
U.S. Court of Appeals – 8th Circuit, 2015
U.S. Court of Appeals – 9th Circuit, 2016
U.S. Court of Appeals – 11th Circuit, 2017
U.S. Court of Appeals – D.C. Circuit, 2014
U.S. Supreme Court, 2017

### *Ryan Kelly*
#### *Attorney*

Ryan Kelly joined the firm in 2005 bringing with him years of experience in insurance defense. His concentration at the firm is in class-action discovery and certification briefing and oral arguments. Mr. Kelly has traveled extensively across the country for court appearances and depositions. Mr. Kelly has tried several class actions to a judgment, as well as a number of cases that settled on the eve of trial or during trial.

Mr. Kelly attended the University of Illinois, Urbana-Champaign, where he earned a Bachelor of Science degree, *cum laude*, in 1996. He received his J.D. from Loyola University Chicago School of Law in 1999.

**Admissions**

Illinois, 1999
Florida, 2011

U.S. District Court – Northern District of Illinois, 1999
U.S. District Court – Eastern District of Michigan, 2011
U.S. District Court – Western District of Michigan, 2011
U.S. District Court – Eastern District of Wisconsin, 2010
U.S. District Court – Western District of Wisconsin, 2011
U.S. District Court – Southern District of Florida, 2011
U.S. District Court – Middle District of Florida, 2011
U.S. District Court – Northern District of Ohio, 2012
U.S. District Court – Eastern District of Missouri, 2015
U.S. District Court – Northern District of Indiana 2015
U.S. District Court – Connecticut 2017
U.S. District Court – Northern District Florida 2017
U.S. District Court – Colorado 2022

**Memberships**

Florida Bar Association
Illinois Bar Association

4

# <u>ANDERSON + WANCA</u>

Appointed class counsel in the following certified class action cases:

### <u>*FEDERAL COURTS*</u>:

| | |
|---|---|
| *Duenes and Molina v. Trend Technologies and Cam Fran Tool Co.* <br> U.S. District Court, Northern District of IL | Race Discrimination |
| *Duenes and Molina v. Beck* <br> U.S. District Court, Northern District of IL | Race Discrimination |
| *Hinman and Italia Foods v. M & M Rental Center* <br> U.S. District Court, Northern District of IL | TCPA |
| *CE Design v. Exterior Systems* <br> U.S. District Court, Northern District of IL | TCPA |
| *Loy v. Motorola* <br> U.S. District Court, Northern District of IL | FMLA |
| *CE Design v. Cy's Crab House* <br> U.S. District Court, Northern District of IL | TCPA |
| *G.M. Sign v. Group C Communications* <br> U.S. District Court, Northern District of IL | TCPA |
| *G.M. Sign v. Franklin Bank* <br> U.S. District Court, Northern District of IL | TCPA |
| *G.M. Sign v. Finish Thompson* <br> U.S. District Court, Northern District of IL | TCPA |
| *Green v. Service Master on Location* <br> U.S. District Court, Northern District of IL | TCPA |
| *Holtzman v. Turza* <br> U.S. District Court, Northern District of IL | TCPA |
| *Targin Sign v. Preferred Chiropractic* <br> U.S. District Court, Northern District of IL | TCPA |
| *Paldo Sign and Display Company v. Topsail Sportswear, Inc.* <br> U.S. District Court, Northern District of IL | TCPA |
| *CE Design Ltd., et al. v. King Supply Company* <br> U.S. District Court, Northern District of IL | TCPA |
| *Bridgeview Health Care Center, Ltd. v. Jerry Clark* <br> U.S. District Court, Northern District of IL | TCPA |

| | |
|---|---|
| *Wilder Chiropractic, Inc. v. Pizza Hut of Southern Wisconsin, Inc.*<br>  U.S. District Court, Western District of WI | TCPA |
| *Reliable Money Order v. McKnight Sales*<br>  U. S. District Court, Eastern District of WI | TCPA |
| *American Copper & Brass, Inc. v. Lake City Industrial Products, Inc., et al.*<br>  U.S. District Court, Western District, MI | TCPA |
| *Imhoff Investment, LLC v. Sammichaels, Inc.*<br>  U.S. District Court, Eastern District, MI | TCPA |
| *Exclusively Cats v. Anesthetic Vaporizer*<br>  U.S. District Court, Eastern District of MI | TCPA |
| *Jackson's Five Star Catering, Inc. v. John R. Beason, et al.*<br>  U.S. District Court, Eastern District of MI | TCPA |
| *Avio, Inc. v. Creative Office Solutions, Inc.*<br>  U.S. District Court, Eastern District of MI | TCPA |
| *Van Sweden Jewelers, Inc. v. 101 VT, Inc., et al.*<br>  U.S. District Court, Western District of MI | TCPA |
| *The Siding and Insulation Co. v. Beachwood Hair Clinic, Inc.*<br>  U.S. District Court, Northern District of OH | TCPA |
| *Bailey Brothers Plumbing, Heating and Air Conditioning v. Papa's Leatherbarn, LLC*<br>  U.S. District Court, Western District of OK | TCPA |
| *Americana Art China Company, Inc. v. Foxfire Printing and Packaging, Inc.*<br>  U.S. District Court, Northern District of IL | TCPA |
| *Sparkle Hill, Inc., et al. v. Interstate Mat Corporation*<br>  U.S. District Court, District of MA | TCPA |
| *Addison Automatics, Inc. v. Precision Electronic Glass, Inc.*<br>  U.S. District Court, Northern District of IL | TCPA |
| *Sawyer v. Atlas Heating and Sheet Metal Works, Inc.*<br>  U.S. District Court, Eastern District of WI | TCPA |
| *The Savanna Group v. Trynex*<br>  U.S. District Court, Northern District of IL | TCPA |
| *A & L Industries, Inc. v. P. Cipollini Inc.*<br>  U.S. District Court, District of New Jersey | TCPA |

*Physicians Healthsource, Inc. v. Stryker Sales Corporation et al.*                        TCPA
  U.S. District Court, Western District of Michigan

*A Aventura Chiropractic Center, Inc. v. Med Waste Management et al.*                      TCPA
  U.S. District Court, Southern District of Florida

*The Hymed Group Corporation v. Stevens & Ricci, Inc.*                                     TCPA
  U.S. District Court, Eastern District of Pennsylvania

*Arnold Chapman and Paldo Sign and Display Company v. Wagener*                             TCPA
  U.S. District Court, Northern District of Illinois

*Spine and Sports Chiropractic, Inc. v, Zirmed, Inc.*                                      TCPA
  U.S. District Court, Western District of Kentucky

*Sandusky Wellness Center, LLC v. Wagner Wellness Inc. and Robert*                         TCPA
*Wagner*
  U.S. District Court, Northern District of Ohio

*Hawk Valley, Inc. v. Elaine G. Taylor, Environmental Process Systems, Inc.*              TCPA
  U.S. District Court, Eastern District of Pennsylvania

*Physicians Healthsource, Inc. v. Doctor Diabetic Supply, LLC*                             TCPA
  U.S. District Court, Southern District of Florida

*Jonathan Small and Jotmar, Inc. v. Target Corporation*                                    TCPA
  U.S. District Court, District of Minnesota

*JWD Automotive v. DJM Advisory, et al.*                                                   TCPA
  U.S. District Court, Middle District of Florida

*Medical & Chiropractic Clinic v. KMH Cardiology Centres*                                  TCPA
  U.S. District Court, Middle District of Florida

*Avio, Inc. v. Alfoccino Of Auburn Hills, et al.*                                          TCPA
  U.S. District Court, Eastern District of Michigan

*Daisy, Inc. v. Pollo Operations, Inc.*                                                    TCPA
  U.S. District Court, Middle District of Florida

*Vinny's Landscaping v. Klochko Equipment Rental, et al.*                                  TCPA
  U.S. District Court, Eastern District of Michigan

*Dennis R. Seramur v. Rotobrush International*                                             TCPA
  U.S. District Court, Northern District of Texas

*Sandusky Wellness Center v. Medtox Scientific, Inc., et al.*
  U.S. District Court, District of Minnesota                                               TCPA

3

| | |
|---|---|
| *Todd Elwert, Sandusky Wellness v. Alliance Healthcare Services, Inc.*<br>U.S. District Court, Northern District of Ohio | TCPA |
| *G.M. Sign, Inc. v. Stealth Security*<br>U.S. District Court, Northern District of Illinois | TCPA |
| *Bridging Communities, Inc. v. Top-Flite Financial*<br>U.S. District Court, Eastern District of Michigan | TCPA |
| *Russel M. Holsein, PH.D., LLC v. Banner Life Insurance Company, et al.*<br>U.S. District Court, New Jersey | TCPA |
| *Physicians Healthsource, Inc. v. Vertex Pharmaceuticals, Inc. et al.*<br>U.S. District Court, District of Massachusetts | TCPA |
| *Tickling Keys, Inc. v. Transamerica World Financial, et al.*<br>U.S. District Court, Middle District of Florida | TCPA |
| *13-50 River Road Corp. v. Ansam*<br>U.S. District Court, District of New Jersey | TCPA |
| *Physicians Healthsource, Inc. v. IPC, Inc.*<br>U.S. District Court, Southern District of Ohio | TCPA |
| *Shaun Fauely v. Heska Corporation*<br>U.S. District Court, Northern District of Illinois | TCPA |
| *Community Vocational Schools of Pittsburgh, Inc. v. Mildon Bus Lines*<br>U.S. District Court, Western District of Pennsylvania | TCPA |
| *John C. Etter v. Allstate Insurance Company, et al.*<br>U.S. District Court, Northern District of California | TCPA |
| *Vandenberg & Sons Furniture, Inc. v. Alliance Funding Group*<br>U.S. District Court, Western District of Michigan | TCPA |
| *Scoma Chiropractic, P.A., et al. v. Dental Equities, LLC, et al.*<br>U.S. District Court, Middle District of Florida | TCPA |

### STATE TRIAL COURTS
### ILLINOIS:

| | |
|---|---|
| *PJ's Concrete vs. Nextel West Corp.*<br>Circuit Court of Lake County, IL | Cell Phone |
| *Bouschard v. Southwestern Bell Mobile Systems*<br>Circuit Court of Lake County, IL | Cell Phone |

4

| | |
|---|---|
| *Kowalewski v. Prairie Title*<br>  Circuit Court of Lake County, IL | Recording Fees |
| *Wilson v. Premier Title*<br>  Circuit Court of Cook County, IL | Recording Fees |
| *Mann v. Lawyer's Title*<br>  Circuit Court of Cook County, IL | Recording Fees |
| *Stonecrafters v. Brother International*<br>  Circuit Court of McHenry County, IL | TCPA |
| *CE Design v. Federal Schedules*<br>  Circuit Court of Cook County, IL | TCPA |
| *Telecommunications Network Design v. Paradise Distributing*<br>  Circuit Court of Cook County, IL | TCPA |
| *Telecommunications Network Design v. McLeod*<br>  Circuit Court of Cook County, IL | TCPA |
| *Eclipse Manufacturing Company v. U.S. Compliance Corp.*<br>  Circuit Court of Lake County, IL | TCPA |
| *CE Design v. Lyman Contracting Corp.*<br>  Circuit Court of Kane County, IL | TCPA |
| *Tabass v. Castle Screen Print Corp.*<br>  Circuit Court of DuPage County, IL | TCPA |
| *Stonecrafters v. Handleman Insurance Agency*<br>  Circuit Court of McHenry County, IL | TCPA |
| *G.M. Sign v. Santana Equipment Trading Company*<br>  Circuit Court of Lake County, IL | TCPA |
| *CE Design v. North American Industries*<br>  Circuit Court of Lake County, IL | TCPA |
| *CE Design v. Franklin Edison*<br>  Circuit Court of Lake County, IL | TCPA |
| *G.M. Sign v. Global Shop Solutions*<br>  Circuit Court of Lake County, IL | TCPA |
| *G.M. Sign v. Pennswood Partners*<br>  Circuit Court of Lake County, IL | TCPA |
| *Derose Corp. v. Goyke*<br>  Circuit Court of Cook County, IL | TCPA |

| | |
|---|---|
| *FlexiCorps v. Amber Enterprises* <br>   Circuit Court of Cook County, IL | TCPA |
| *Miller v. Professional National Title Network* <br>   Circuit Court of Cook County, IL | Recording Fees |
| *Heger v. Attorneys Title Guaranty Fund* <br>  Circuit Court of Lake County, IL | Recording Fees |
| *Chapman v. CT Phoenix* <br>   Circuit Court of Cook County, IL | TCPA |
| *Chapman v. United Electronics* <br>   Circuit Court of Lake County, IL | TCPA |
| *CE Design v. Woodland Windows* <br>   Circuit Court of DuPage County, IL | TCPA |
| *CE Design v. Matrix* <br>   Circuit Court of Lake County, IL | TCPA |
| *G.M. Sign v. Backhauline* <br>   Circuit Court of Lake County, IL | TCPA |
| *G.M. Sign v. 400 Freight* <br>   Circuit Court of Lake County, IL | TCPA |
| *Green v. Vehicle Alignment, Brakes & Tires* <br>   Circuit Court of Cook County, IL | TCPA |
| *Rob-Lyn Enterprises v. Competitive Door and Supply* <br> Circuit Court of Cook County, IL | TCPA |
| *Targin Sign v. XData Solutions* <br>   Circuit Court of Cook County, IL | TCPA |
| *Tree Care Enterprises v. Millennium Stone Crete* <br>   Circuit Court of Cook County, IL | TCPA |
| *Telecommunications Network Design, Inc. v. Agility Computer Network Services, LLC* <br>   Circuit Court of Cook County, IL | TCPA |
| *CE Design Ltd. v. Letrix USA, Inc.* <br>   Circuit Court of Cook County, IL | TCPA |
| *Brodsky v NIP Group* <br>   Circuit Court of Cook County, IL | TCPA |
| *Windmill Nursing Pavilion v. Res-Care Illinois* <br>   Circuit Court of Cook County, IL | TCPA |

6

*Quality Management and Consulting Services v. Blackhawk Paving*     TCPA
  Circuit Court of Cook County, IL

*Locklear Electric v. Florissant Injury & Pain Relief Center*     TCPA
  Circuit Court of St. Clair County, IL

*Rob-Lynn Enterprises v. Taste of India*     TCPA
  Circuit Court of Cook County, IL

*CE Design v. Custom Mechanical Equipment, Inc., et al.*     TCPA
  Circuit Court of Cook County, IL

*Windmill Nursing Pavilion, Ltd. v. Unitherm, Inc.*     TCPA
  Circuit Court of Cook County, IL

*G.M. Sign, Inc. v. Schane*     TCPA
  Circuit Court of Lake County, IL

*Uesco Industries, Inc. v. Poolman of Wisconsin, Inc.*     TCPA
  Circuit Court of Cook County, IL

*Fauley v. Thomas Veterinary Drug, Inc.*     TCPA
  Circuit Court of Cook County, IL

*Mixon Insurance Agency v. Taylorville Chiropractic Clinic, et al.*     TCPA
  Circuit Court of St. Clair County, IL

*Targin Sign Systems, Inc. v. CYC Golden Palace Corporation, et al.*     TCPA
  Circuit Court of Cook County, IL

*Pardridge Motors, Inc. v. Tackitt*     TCPA
  Circuit Court of Cook County, IL

*CE Design Ltd. v. David Litt d/b/a Nationwide Security Services, Inc.*     TCPA
  Circuit Court of Cook County, IL

*Quality Management and Consulting Services v. PPP-MP, Inc.,*     TCPA
*PPP-SCH, Inc. and PPP, Inc.*
  Circuit Court of Cook County, IL

*Italia Foods, Inc. v. Sun Tours*     TCPA
  Circuit Court of Lake County, IL

*Addison Automatics, Inc. v. Domino Plastics Company, Inc.*     TCPA
  Circuit Court of Cook County, IL

*Pekin Ins. Co. v. XData Solutions, Inc., et al.*     TCPA
  Circuit Court of Cook County, IL

7

| | |
|---|---|
| *Loncarevic and Associates, Inc. v. Stanley Foam Corp.*<br>  Circuit Court of Cook County, IL | TCPA |
| *CE Design Ltd. v. C&T Pizza, Inc., et al.*<br>  Circuit Court of Cook County, IL | TCPA |
| *Windmill Nursing Pavilion v. Gornick's Auto Rebuilders, Inc., et al.*<br>  Circuit Court of Cook County, IL | TCPA |
| *Nack v. LexisNexis*<br>  Circuit Court of Lake County, IL | TCPA |
| *Quality Management and Consulting Services, Inc. v. Commercial Asphalt Maintenance, LLC*<br>  Circuit Court of Cook County, IL | TCPA |
| *Mt. Lookout Chiropractic Center Inc. v. Quest Diagnostics et al.*<br>  Circuit Court of Lake County, IL | TCPA |
| *Lawrence Brodsky v. Kaigler & Company*<br>  Circuit Court of Cook County, IL | TCPA |
| *Community Vocational Schools of Northeast Pennsylvania and Nuts To You, Inc. v. CBRE, Inc. and Steven T. Italiano*<br>  Circuit Court of Lake County, IL | TCPA |
| *Radha Geismann M.D., P.C. v. Byram Healthcare Centers, Inc.*<br>   Circuit Court of Lake County, IL | TCPA |
| *Carradine Chiropractic Center, Inc. v. SmartHealth, Inc., Consolea Company d/b/a Sharper Cards*<br>  Circuit Court of Lake County, IL | TCPA |
| *Flashtric Sign, Inc. v. Georgia Printco, L.L.C.*<br>  Circuit Court of Cook County, IL | TCPA |
| *Shaun Fauley, Sabon, Inc., Sandy Rothschild & Associates, Inc., Debaun Development, Inc. and Christopher Lowe Hicklin DC PLC v. Metropolitan Life Insurance Company, Storick Group Co., The Storick Group Corporation and Scott R. Storick*<br>  Circuit Court of Lake County, IL | TCPA |
| *G.M. Sign, Inc. v. Dodson Company LLC and Jeffrey Dodson*<br>  Circuit Court of Lake County, IL | TCPA |
| *Budd Engineering Corporation v. David L. Hansen d/b/a DLH Insurance Consultants*<br>  Circuit Court of Lake County, Illinois | TCPA |

8

| | |
|---|---|
| *William P. Sawyer, M.D. and Physicians Healthsource, Inc., v. Stericycle, Inc., Stericycle Specialty Waste Solutions, Inc., Stericycle Communications Solutions, Inc., Stericycle Management, LLC and Stericycle International, LLC*<br>  Circuit Court of Cook County, IL | TCPA |
| *Irish Sisters, Inc. and Lanciloti Law Offices v. Crown Mortgage Company*<br>  Circuit Court of Cook County, IL | TCPA |
| *Flexicorps, Inc. and Christopher Lowe Hicklin DC PLC d/b/a Clark Road Chiropractic v. National Pen Co. LLC and National Pen Holding, LLC*<br> Circuit Court of Cook County, IL | TCPA |
| *Shaun Fauley, Sabon, Inc., Sandy Rothschild &Associates, Inc., Debaun Development, Inc. and Christopher Lowe Hicklin DC PLC v. Metropolitan Life Insurance Company, Storick Group Corporation, Scott R. Storick*<br> Circuit Court of Lake County, IL | TCPA |
| *Byer Clinic of Chiropractic, Ltd. v. Lensink Agency, Inc.*<br> Circuit Court of Cook County, IL | TCPA |
| *Keith Bunch Associates v. La-Z-Boy Incorporated, et al.*<br> Circuit Court of Lake County, IL | TCPA |
| *Evanston Northshore Hotel v. Poolman of Wisconsin*<br>Circuit Court of Lake County, IL | TCPA |
| *Dairyland Animal Clinic v. Amatheon, Inc.*<br>Circuit Court of Lake County, IL | TCPA |
| *Lawrence Brodsky v. Kaigler & Company*<br>Circuit Court of Cook County, IL | TCPA |
| *Physicians Healthsource, Inc. v. Salix Pharmaceuticals*<br>Circuit Court of Lake County, IL | TCPA |
| *Spine & Sports Chiropractic v. Advantage Medical Equipment*<br>Circuit Court of Lake County, IL | TCPA |
| *Wilder Chiropractic, Inc. v. Scrip, Inc.*<br>Circuit Court of Lake County, IL | TCPA |
| *Foley Motors, Inc. v. iMotorsports, Inc.*<br>Circuit Court of Lake County, IL | TCPA |
| *New United, Inc. v. Reif, CBM Plumbing*<br>Circuit Court of Cook County, IL | TCPA |
| *Family Health, ChiroChicago Chiropractic v. M.D. On-Line Solutions*<br>Circuit Court of Lake County, IL | TCPA |

9

| | |
|---|---|
| *Tiffany Florist, Inc. v. PayScout, Inc.*<br>Circuit Court of Lake County, IL | TCPA |
| *Robert A. Green v. Dahn Yoga*<br> Circuit Court of Cook County, IL | TCPA |
| *Physicians Healthsource, Inc. Quinn Medical, Inc.*<br>Circuit Court of Lake County, IL | TCPA |
| *Physicians Healthsource, Inc. v. Endo Pharmaceuticals et al.*<br> Circuit Court of Lake County, IL | TCPA |
| *Lauren Minniti v. Tillys, Inc.*<br> Circuit Court of Lake County, IL | TCPA |
| *Thomas McGovern and Mollie McGovern v. Erin Cartwright Weinstein, as success to Keith S. Brin, as Circuit Court Clerk, Lake County, Illinois* | OTHER |

### *STATE TRIAL COURTS*
### *MISSOURI:*

| | |
|---|---|
| *Little v. Hiar Holdings*<br> Circuit Court of St. Louis County, MO | TCPA |
| *Boschert v. Professionals Direct Insurance Services*<br> Circuit Court of St. Charles County, MO | TCPA |
| *Goans Acquisition, Inc. v. Hard Wok Cafes, Inc.*<br> Circuit Court of Greene County, MO | TCPA |
| *All American Painting, L.L.C. v. Chiropractic & Sports Injury Center of Creve Coeur, P.C., et al.*<br> Circuit Court of St. Louis County, MO | TCPA |
| *Medical West Ballas Pharmacy, Ltd. v. Bios Biochemicals Corp.*<br> Circuit Court of St. Louis County, MO | TCPA |
| *Douglas Phillip Brust D.C., P.C. v. Bobby's Frozen Custard, Inc.*<br> Circuit Court of St. Louis County, MO | TCPA |
| *Radha Geismann, M.D., P.C. v. Contexo Media, LLC*<br> Circuit Court of St. Louis County, MO | TCPA |
| *Radha Geismann, M.D., P.C. v. GE Healthcare, Inc.*<br> Circuit Court of City of St. Louis, MO | TCPA |
| *Michael C. Zimmer, D.C, P.C. v. Moore Medical LLC and McKesson Medical-Surgical Inc.*<br> Circuit Court of St. Louis County, MO | TCPA |

10

*Physicians Healthsource, Inc. v. Esaote North America, Inc.*                    TCPA
 Circuit Court of City of St. Louis, MO

*Alan L. Laub, DDS, Inc. v. Den-Mat Holdings, LLC*                              TCPA
 Circuit Court of St. Louis County, MO

*Radha Geismann, M.D., P.C. v. Be-Thin, Inc., et al.*                          TCPA
 Circuit Court of City of St. Louis, MO

                                                                               TCPA
*Central Alarm Signal v. Business Financial Services, et al.*
 Circuit Court of City of St. Louis, MO

*John Olsen v. Siddiqui, Global Bizdimensions*                                 TCPA
 Circuit Court of St. Louis County, MO

*All American Painting, LLC v. Poettker Construction Company*                  TCPA
 Circuit Court of City of St. Louis, MO

*Goodland Foods v. Best Buy Builders*                                          TCPA
 Circuit Court of City of St. Louis, MO

*Career Counseling, Inc. v. Amsterdam Printing, et al.*                        TCPA
 Circuit Court of City of St. Louis, MO

*Radha Geismann, M.D., P.C., John H. Lary Jr., M.D. v. Rexall et al.*          TCPA
 Circuit Court of City of St. Louis, MO

*Gorss Motels, Inc. v. BES Industries*                                         TCPA
 Circuit Court of City of St. Louis, MO

*Eric B. Fromer Chiropractic, Inc. v. Si-Bone Inc.*                            TCPA
Circuit Court of City of St. Louis, MO

*William P. Sawyer, M.D. v. Coopersurgical, Inc., HealthLogix LLC*             TCPA
 Circuit Court of City of St. Louis, MO

*John H. Lary, Jr., M.D. v. Biodesix, Inc.*                                    TCPA
 Circuit Court of City of St. Louis, MO

*Dixie Plumbing Specialties, Inc. v. Fieldwork, Inc., et al.*                  TCPA
 Circuit Court of City of St. Louis, MO


**STATE TRIAL COURTS**
**KANSAS:**

*Critchfield Physical Therapy v. The Taranto Group*                           TCPA
 District Court of Johnson County, Kansas

11

| | |
|---|---|
| *Fun Services of Kansas City, Inc. v. Streetglow, Inc.*<br>  District Court of Johnson County, Kansas | TCPA |
| *Anderson Office Supply, Inc. v. Advanced Medical Associates, P.A.*<br>  District Court of Harvey County, KS | TCPA |

### STATE TRIAL COURTS
### NEW JERSEY:

| | |
|---|---|
| *Local Baking v. Westfield Rental-Mart*<br>  Superior Court of Essex County, NJ | TCPA |
| *Local Baking v. Vieira & Gomes*<br>  Superior Court of Essex County, NJ | TCPA |
| *Nafplion v. Ansam Commercial Kitchen and Ventilation Specialists*<br>  Superior Court of Bergan County, NJ | TCPA |

### STATE TRIAL COURTS
### FLORIDA:

| | |
|---|---|
| *Florida First Financial Group, Inc. v. Magnum Painting, Inc., et al.*<br>  Circuit Court of Hillsborough County, FL | TCPA |
| *Florida First Financial Group, Inc. v. Spivey Mowers, Inc.*<br>  Circuit Court of Hillsborough County, FL | TCPA |
| *Robert A. Dalzell, Inc. v. European Tile & Floors, Inc., et al.*<br>  Circuit Court of Pinellas County, FL | TCPA |
| *Florida First Financial Group, Inc. v. Termprovider Financial Services, LLC, et al.*<br>  Circuit Court of Hillsborough County, FL | TCPA |
| *Dewar v. Florida Freezz of Southwest Florida, et al.*<br>  Circuit Court of Lee County, FL | TCPA |
| *Dewar v. Kolesov & Associates*<br>  Circuit Court of Lee County, FL | TCPA |
| *Sabon, Inc. v. Aqualogic, et al.*<br>  Circuit Court of Broward County, FL | TCPA |
| *Lee Alan Reed & Associates, Inc. v. Tsunami of Brandon, Inc.*<br>  Circuit Court of Hillsborough County, FL | TCPA |
| *Florida First Financial Group, Inc. v. Superior Pharmacy LLC, Ike C. Okeke, Yvonne Okeke, and Hilda Anadiume*<br> Circuit Court of Hillsborough County, FL | TCPA |

12

| | |
|---|---|
| *Nathan S. Kaner and Another Level Health, Inc. v. Robert R. Schiffman, D.C., P.C. and Robert R. Schiffman*<br> Circuit Court of Palm Beach County, FL | TCPA |
| *Florida First Financial Group v. Termprovider*<br> Circuit Court of Hillsborough County, FL | TCPA |
| *Medical & Chiropractic Clinic, Inc. v. Tower Imaging, LLC*<br> Circuit Court of Hillsborough County, FL | TCPA |

### *STATE TRIAL COURTS*<br>### *OTHER STATES*:

| | |
|---|---|
| *National Vocational Schools of Boston, Inc. v. Nature Springs Water Company, Inc.*<br>  Superior Court, Middlesex County, MA | TCPA |
| *Collins and National Vocational Schools of Boston, Inc. v. Locks & Keys of Woburn, Inc.*<br>  Superior Court, Suffolk County, MA | TCPA |
| *Big Thyme Enterprises, Inc. v. Palmetto Gold Buying Service, Inc.*<br>  Court of Common Pleas, Richland County, SC | TCPA |
| *Wilder Chiropractic, Inc. v. Easy PC Solutions LLC*<br>  Circuit Court of Waukesha County, WI | TCPA |
| *Slater v. Richgeis, LLC*<br>  Superior Court, Providence County, RI | TCPA |
| *B.Z.B. Enterprises, Inc. v. Mag & Son, LLC*<br>  Superior Court of Providence County, RI | TCPA |
| *Percic Enterprises v. European Autoworks*<br>  District Court of Hennepin County, MN | TCPA |
| *Wilder Chiropractic, Inc. v. Microwize Technology, Inc.*<br>  Circuit Court of Dane County, WI | TCPA |
| *Blue Wave Corporation v. North End Chiropractic LLC and Kevin Loughlin*<br>  Superior Court of Suffolk County, MA | TCPA |

13