# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW WILHELM, an Ohio citizen, individually and as a representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> ZENLEADS, INC. d/b/a Apollo.io, a Delaware corporation, <br><br> Defendant. | Case No.: 1:24-cv-00506 <br><br> Honorable Brigid Meehan Brennan <br><br> Class Action |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Matthew Wilhelm ("Wilhelm" or "Plaintiff"), on behalf of himself and a settlement class of similarly situated persons (identified herein as the "Settlement Class"), by and through Class Counsel, and pursuant to Federal Rule of Civil Procedure 23, respectfully moves for Final Approval of the Class Action Settlement Agreement ("Settlement Agreement") and Notice Plan contained therein. (*See* Doc. 15-1, Page ID 118-154) (Ex. 1 to Motion for Preliminary Approval), entered between Plaintiff and Defendant Zenleads, Inc. d/b/a/ Apollo.io ("Defendant" or "Zenleads") (collectively, the "Parties"), for alleged violation of the Ohio Right of Publicity Statute ("ORPS"), Ohio Revised Code § 2741.01, *et seq.*, and Ohio common law.

As discussed in Plaintiff's accompanying Memorandum of Law, the Settlement Agreement is fair, adequate, and reasonable under the governing legal standards and satisfies all the criteria for this Court to grant Final Approval, and the Notice Plan satisfies Rule 23 and the requirement of due process. A proposed Final Approval Order is submitted with the supporting memorandum as <u>Exhibit A</u>.

Plaintiff further requests that the Court grant his "Plaintiff's Motion for Award of Attorneys' Fees, Expenses, and Class Representative Incentive Award," previously filed on August 16, 2024. (*See* Doc. 18). Neither of the foregoing Motions are opposed.

                Respectfully submitted,

                MATTHEW WILHELM, individually and as the representative of a class of similarly-situated persons

                /s/ Brian J. Wanca
                Brian J. Wanca
                Wallace C. Solberg
                ANDERSON + WANCA
                3701 Algonquin Road, Suite 500
                Rolling Meadows, IL 60008
                Tele: 847-368-1500 / Fax: 847-368-1501
                bwanca@andersonwanca.com
                wsolberg@andersonwanca.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and a copy will be served upon Defendant(s) along with the Summons and Complaint.

                /s/ Brian J. Wanca